# CRIMINAL CALENDAR

MAGISTRATE JUDGE **HON. WILLIAM D. WALL**

DATE **JUNE 9, 2005**

USAO # **2002R00048**

UNITED STATES VS. **LISA ZUBLIONIS**

MAGISTRATE NO. **03-M-1576**

**CRIMINAL CAUSE FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE.**

( ) VACATE WARRANT

FOR THE GOVERNMENT: **RICHARD P. DONOGHUE, AUSA** *[signature: Richard P. Donoghue]*
(NOT VALID WITHOUT SIGNATURE)

( ) ONE PIERREPONT PLAZA     (X) 610 FEDERAL PLAZA, CENTRAL ISLIP

( ) 195 MONTAGUE STREET

FOR THE DEFENDANT: **KEVIN KEATING, ESQ.**
**666 OLD COUNTRY ROAD**
**SUITE 501**
**GARDEN CITY, NY 11530**

DEFENDANT STATUS: ( ) INCARCERATED
(IF INCARCERATED PLEASE 475 DEFENDANT FOR COURT APP.)

( ) NOT INCARCERATED

SO ORD. *[signature]* 6/9/05
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 09 2005
LONG ISLAND OFFICE